**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KENNETH L. SANBORN, et al.,**

    **Plaintiffs,**

**v.**                                          Case No.  8:10-cv-142-T-30MAP

**JAGEN PTY. LIMITED,**

    **Defendant.**

_____/

**ORDER**

      THIS CAUSE comes before the Court upon Defendant's Motion to Require Plaintiffs to Post Bond Pursuant to § 501.211(3), Fla. Stat. (Dkt. 14) and Plaintiffs' Response in Opposition to same (Dkt. 21).  Per the Court's April 28, 2010 Order, an evidentiary hearing was held on May 17, 2010 on Defendant's Motion.  At the hearing, the Court heard argument of counsel and testimony of witnesses.  Prior to the Court's ruling on Defendant's Motion, Plaintiffs' counsel stated that Plaintiffs would dismiss their claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") without prejudice.  Thus, for the reasons stated on the record at the May 17, 2010, hearing, it is therefore

      ORDERED AND ADJUDGED that:

      1.    The Court accepts the dismissal of Plaintiffs' FDUTPA claim and this claim is hereby DISMISSED without prejudice.

2.      Defendant's Motion to Require Plaintiffs to Post Bond Pursuant to § 501.211(3), Fla. Stat. (Dkt. 14) is hereby DENIED AS MOOT.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-142.dismissalFDUTPA.frm