UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH L. SANBORN, et al.,

    Plaintiffs,

v.                                  Case No.  8:10-cv-142-T-30MAP

JAGEN PTY. LIMITED,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal Without Prejudice (Dkt. #33). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-142.dismiss 33.wpd